# Exhibit A

Dylan John Michael Rex


September 20, 2025

The Honorable David Estudillo
U.S. District Court Western District of Washington
1717 Pacific Avenue Tacoma, WA 98402
Re: United States v. Rex; CR23-05229-DGE

Dear Judge Estudillo,

    I am writing to you today to express my sincere remorse and take full accountability for my actions and the charges against me. I recognize how serious this matter is, and I am grateful for the opportunity to offer my apologies and provide you with more insight into who I am. I am truly sorry for the harm my actions have caused in the lives of the victims and their families as well as to the pain I have caused my family and friends. I understand how traumatic this matter has been for the victims and all who have been involved. Knowing that my behavior has negatively impacted these lives is not something I take lightly and not a reflection of my true character. Moving forward I will continually strive to be a better member of the community and make amends with the people I have hurt.

    Since my arrest I have taken the opportunity to better myself and address the issues in my life through counseling, attending church, being involved in a faith-based recovery program, participating in bible studies and continuing to work in a career field I enjoy. Taking these steps has provided me with a better understanding of what I want in life while also providing me with the tools and transformed heart and mind to ensure this will never happen again. This time has shown me that I have people around me who love and support me far beyond what I could recognize beforehand and knowing that now has taught me that I should never feel ashamed or weak for needing help. Having the support of family and friends has helped me to be more vulnerable with my feelings and trust that they will always be there, keeping me in good spirits and helping me to stay on a good path.

    Going forward I am excited to pursue and accomplish goals that include continuing in rehabilitation and recovery programs for sexual integrity, starting a group through church to help support individuals and their families that are going through legal proceedings, provide support for individuals post-conviction and utilize my knowledge and experience to help men break free from immoral sexual behavior and addiction. Other goals of mine include pursuing opportunities in my current career field with hopes of growing my

business as a construction consultant and using my knowledge to provide individuals in need of a second chance with new skill sets and employment opportunity. I also believe that our lives are meant to be shared with other people, and I have goals that include pursuing a healthy relationship and God willing starting a family of my own. During my time of incarceration, I plan to grow and learn skill sets that will help me be a positive contributor to society once released and will be actively participating in the rehabilitation programs I am eligible for. I plan to be active in all work opportunities and hope to have access to programs for learning technical skills that can be implemented into me having opportunities to succeed both personally and professionally during and after incarceration. I also want to utilize my time of incarceration to help those around me by offering encouragement, helping other inmates achieve their educational and career goals and helping to grow and participate in bible study groups and faith-based programming.

    This experience, although difficult, has taught me so much about myself and I have discovered many things that are bringing me joy and helping my mental health to ensure that I will not commit a crime again. Staying established with my church and recovery community will be a main way for me to do well as it has been a place to talk openly and honestly with others and realize I am not alone. It is also a place where I can find and utilize an accountability partner to help me if I am struggling and prevent me from making bad choices or isolating myself from the community. My family's awareness of my struggles is also helpful to ensure I do well as I know they will support me through anything and are committed to making sure I will have a stable and loving environment around me.

    I have spent a lot of time reflecting on the impact my choices have had on the victims, the families and the community and I want to express to all who were harmed by my actions that I am deeply sorry. I take full responsibility for my involvement and hope that all who have been victimized will find healing from the trauma I have caused them, and I commend each of them for their strength to come forward and hold me accountable. I hope that by accepting responsibility, being appropriately punished and through my genuine remorse that every victim and person impacted by this matter will be able to find closure. Thank you for your time and consideration.

Respectfully,

*Dylan Rex*

Dylan John Michael Rex