# Exhibit C

Tori Lynn Rex



January 12th, 2026

The Honorable David Estudillo

US District Court Western District of Washington

171 Pacific Ave

Tacoma, WA 98402

Re: Character Reference Letter for Dylan John Michael Rex, Case #CR23-05229-DGE

Dear Judge Estudillo,

I am writing to you as the mother of Dylan John Michael Rex, who is currently before you for his case. My name is Tori Lynn Rex, and I have known Dylan since birth, and hope to share a better perspective about his character and the fundamental goodness I know is in Dylan beyond the circumstances that has brought him here and respectfully ask that you consider what I'm sharing when determining the outcome in Dylan's case.

Dylan grew up in a loving and supportive family and was raised with good family values. He was taught to be kind, caring, respectful, responsible, honest, grateful, loving and forgiving. These values are the characteristics that define my son and it is the Dylan that his family and I know and love. It is my feeling that Dylan is not defined by the poor choices he made but rather the person that he really is, and God created him to be.

From a very early age, Dylan has always been a genuinely sweet, loving, kind, and caring person with a great sense of humor. Dylan has always shown empathy and a willingness to help others. Growing up Dylan has had a close relationship with his siblings and always supports them in their life. He played well and had great friendships and was never involved in conflict.  When Dylan was 8 years old his grandma Anita had three strokes that paralyzed her and at the age of 10, his grandparents came to live with us. Dylan spent a lot of time with them and would help with caring for his grandma. His grandma always enjoyed Dylan because he was caring and he would always make her laugh. When they lived with us, she

always wanted to wait to have dinner together as a family because dinnertime was always filled with great conversation and laughter with the kids and she would always say "I love that kid"! Dylan's grandpa Jack always enjoyed supporting him with his sports, especially baseball! When his grandpa got sick with cancer, Dylan was there to check on him or help him with things he needed. His grandpa always appreciated his willingness to help. Grandma Anita and Grandpa Jack have both passed away. Dylan also has a very close relationship with his grandma Colleen and grandpa Dan. Dylan would often go visit them, help them, and take his friends to their house to hang out. They have supported him throughout his whole life and continue to support him now through his situation. This situation has bonded Dylan and his grandma Colleen even more. They talk daily, visit him often, and they have read the entire bible together this past year. Through the years, Dylan enjoyed going dirt bike riding with his grandpa Dan and together they would deliver meals to families in need during the holidays through St. Vincent DePaul. Sadly, his grandpa has dementia now, and his health is declining so Dylan is grateful to be able to spend time with him and share those memories with him. As a family, we volunteered through St. Vincent DePaul to provide meals and deliver them to families during the holidays. One year I organized a group of family and friends to put together "Blessing Bags" for the homeless and Dylan was right there to help put them together and distribute them to the homeless. Dylan has also been there to help his aunts and cousins, and he cares immensely for his family. Dylan really has a heart to serve others. I've witnessed him serve and donate many times with hope to help others.

In school, Dylan was a very good student, always responsible, did his homework and had good grades. His kindness was recognized by his teachers and peers throughout his school years, and he was chosen to be a conflict mediator and a WEB (peer) leader by his teachers and peers. He successfully graduated high school with honors and earned his associate's degree from Portland Community College with honors. Dylan has always been a hard worker and started working while he was in high school and has always held a job. He has worked successfully as a consultant for the past five years in the construction inspection field and is well liked by his clients.

I want to express that I fully understand the seriousness of the situation and feel deep sadness for all involved. I pray every day for everyone that has been impacted by Dylan's choices and hope one day they can have peace and healing. I have had many conversations with Dylan about the choices he made, and he has always taken full accountability and expressed genuine remorse and sincere empathy for the pain he has caused. He hopes that all the people that were affected and hurt by his choices know how truly sorry he is and hopes for them to have peace, healing and forgiveness. I know this has been a deeply humbling experience for Dylan and our family which has transformed us all in many ways.

I also want to thank you, Judge Estudillo, for giving Dylan the opportunity to be released on pre-trial supervision. During this time, Dylan has taken this as an opportunity for growth to better himself, and address issues in his life. Dylan has regularly been attending church,

was baptized, attends counseling, participates in a sexual integrity group through Celebrate Recovery at church, been involved in excellent bible studies, continued working and spent quality time with family and friends.  Being able to witness the growth and transformation in Dylan and see the positive impact that church, recovery group, and counseling have had on him has given me hope and confidence knowing that Dylan would never repeat any offense again. I will not take any blame away from Dylan because he is responsible for his actions, but I wholeheartedly know that the isolation caused by COVID had a tremendous impact on Dylan's mental health which led to his behavior and choices and it is not a true reflection of who he is. During this challenging time, Dylan has faced this situation and handled the consequences with tremendous courage, grace and positivity. I believe that Dylan will continue to serve his time with the same positivity, courage, grace and values that are a true reflection of him.

As for the future, this situation has encouraged Dylan to want to start a group that provides support to other individuals and their families that are going through legal proceedings, he also wants to continue with rehabilitation and recovery programs for sexual integrity, and he would like to share his knowledge and experience to help men break free from immoral sexual behavior and addiction. Dylan also hopes to continue working as a construction consultant and be able to provide individuals in need of a second chance with employment opportunities. Dylan will need our continued support and encouragement to succeed in these goals which I too have become passionate about, and I plan to help Dylan in every way possible to ensure he has the tools and resources he needs to be successful in his goals. This situation has taught our family a lot about the importance of seeking help, speaking up and making sure that people know they are loved and they matter. Dylan will have the full support of our family to help with all his needs and ensure he successfully transitions from the legal process to a responsible life filled with love.

Your Honor, Dylan is dearly loved and he will always have our love and support during this extremely difficult time and throughout his life. We truly believe in the efforts Dylan is currently making and will continue to make towards his transformation and rehabilitation. I've been witnessing the positive transformation and know Dylan will continue to contribute positively to society when he has the opportunity again in the future.  I respectfully ask for your compassion, mercy and consideration of Dylan's true character in your sentencing decision and will consider an opportunity for him to have a chance to rebuild his life.

Please feel free to contact me if you require any further information. I am also available to confirm the facts stated in this letter as necessary. Thank you for your time and consideration.

Respectfully,

*Tori L Rex*

Tori Lynn Rex