# Exhibit D

Michael Allan Rex



January 11th, 2026

The Honorable David Estudillo
US District Court Western District of Washington
171 Pacific Ave
Tacoma, WA 98402

Re: Character Reference Letter for Dylan John Michael Rex, Case #CR23-05229-DGE

Dear Judge Estudillo,

    My name is Michael Allan Rex, and I am the father of Dylan John Michael Rex. I am his biological father and have known him since his birth. Please consider the comments and experiences I am sharing as you review and decide upon the outcome of Dylan's case. The impact of sadness for Dylan, our family and those affected because of this situation is nearly indescribable, however, the positive character growth that I have seen displayed by Dylan prior to and through the pre-trial period has and is an earnest example of honesty, trust, integrity, love and accountability.

    Dylan's life growing up was centered around love, kindness, discipline and positivity with family, friendships, school and recreation. He was always focused on his responsibilities and these attributes to his character in my view as a parent always stood between him and the lure of poor decisions. Academically, Dylan happily attended school and achieved good grades by being ready and alert in class and always doing his homework first after school before playing or any other recreation with friends or family. Dylan was known as a calm levelheaded kid by his teachers and peers and was selected to lead as a conflict mediator during his elementary and middle school years. Never in my recollection during all the years of his schooling was his mother or I called into the school due to misconduct concerning Dylan. Dylan was active in sports playing baseball, basketball, football and racing dirt bikes in his teen years where he enjoyed learning skills such as teamwork, leadership, responsibility and discipline, all skills that I see active in his life today. Dylan has always been an encourager, and I often witnessed him being the first to congratulate opponents, celebrate a teammates victory or console a friend in need with that example often leading others to do the same. Dylan and I also enjoyed motocross riding together and again I saw him handle his motorcycle and give way to others with respect and courtesy to make sure no one would get injured. Dylan was always thinking of protecting anyone, including himself, from a dangerous situation which is what I believe to be the true nature of Dylan's character. Dylan successfully graduated from High School and received his associates degree at Portland Community

College in the construction inspection field. He has always maintained and kept his focus on steady work and good relationships with friends and family.

    When COVID surfaced our world instantly became isolated and unfortunately Dylan's life hit a low point as he was caught up in the lure of an addiction that is out in our society in a very ugly way. Although, painful as this situation has been, I have witnessed peacefulness surrounding him by the way he has turned his life around by cooperating with the authorities and moving forward with respect to them, the courts, his counselors and pre-trial officers. Dylan has expressed his deepest regret and remorse for the victims of his actions, and I know he would confront them with intentional heart-felt apologies if given the opportunity. He prays continually for their peace and healing.

    Our family culture has always been centered around hard work with love and respect towards ourselves and others. Dylan grew up in this culture and on these principles for many more years than the few that went astray. Dylan sees and lives the true goodness and love that has always been in his heart, and he has stood up to the challenge of accountability and the pain of these consequences with courage and grace. I believe with all my heart that Dylan can and will continue to stay focused on good habits and behaviors based on love, humility, kindness, servanthood, accountability and discipline that will keep him grounded as a role model citizen in our community.

    Your Honor, Dylan has and will continue to have the love and support needed during this challenging time for him and our family. Dylan, his mother and I have demonstrated due diligence to obey and focus positively with the courts, authorities and bond release agreements during the nearly 3-year pre-trial term. We are committed to support anything or anyone that is required or needed during his rehabilitation period. Please allow us to continue this opportunity to remain close to our son as I would be thankful and grateful beyond words for your compassion and mercy with your sentencing decision.

Sincerely,

*Michael A. Rex*

Michael Allan Rex