# Exhibit E

Colleen Obrist



October 10, 2025

The Honorable David Estudillo

US District Court Western District of Washington

171 Pacific Ave

Tacoma, WA 98402

Re: Character Reference Letter for Dylan John Michael Rex, Case #CR23-05229-DGE

Dear Judge Estudillo,

My name is Colleen Obrist, and I am the grandmother of Dylan Rex who is my third born grandchild of twelve and firstborn grandson of four. I have known Dylan since the day he was born, even being present at his birth. I am writing this letter to share my thoughts and perspective on Dylan's character in advance of his sentencing. I am aware of the charges brought against him and don't minimize the seriousness of his actions when I say that I am grateful for this opportunity to reflect a more complete picture of who Dylan is as a person.

Throughout his life, I have been fortunate to witness Dylan's positive qualities such as when his third-grade class was asked to draw a picture of what Christmas meant to them and Dylan drew a picture of a round cake with a cross and a candle on top of it. It was one of just a few drawings selected and printed in the Gresham Outlook, our local community newspaper. We had a family tradition at Christmastime of making a cake for Jesus and singing happy birthday to Him before opening presents and I didn't know until Dylan drew that picture just how much he garnered from our tradition and that he really got the true meaning of Christmas. I have always known Dylan to be an inquisitive, kind and caring person. My mother came to live with me when she was 85 and she would often say that

people don't pay attention or listen to you very much when you get old so she took a great liking to Dylan who was only ten at the time and he would ask her over and over again to repeat her stories of growing up in the 1920's and 30's. He would delight in her stories with genuine interest, and she would shine for days after his visits. Our family gatherings were large events with lots of preparation and lots of dishes and cleaning up and Dylan would be right there setting up the extra chairs, helping to wash dishes and helping with the cleanup and it wasn't unusual to see him running the vacuum cleaner and cleaning around the house and doing yard work when stopping by for a visit at his family's home. Even as a teenager, most of the grandkids would disappear when they got their driver's license but I have many fond memories of Dylan showing up for a visit or on a Friday night with some of his friends to play volleyball in our pool and I would be in my glory preparing food in the kitchen because they always worked up an appetite and would devour whatever I made and they were all very polite in complimenting and thanking me for the food and the use of our pool.

I do understand that Dylan is responsible for the choices that led him to the point where he will soon stand before you. I have had conversations with him about this situation, and I have seen his genuine remorse and regret for the harm caused. I believe this has been a deeply humbling and transformative experience for Dylan through ongoing counseling, participation in the Celebrate Recovery group at his church where he has opportunity to support and encourage others in their recovery process and to receive encouragement and support as well. It is with great joy that I am sharing that Dylan joined me in my yearly Bible read through. We have been reading together nightly since February, and we have completed reading through the entire Bible. This time of Bible reading and praying together means everything and more to me as Dylan's grandmother and I have been amazed at his understanding and knowledge of the Word when we discuss what we have read. The greatest blessing of all was to witness Dylan proclaiming Jesus as his Savior as his mom placed her hand on his shoulder while his dad baptized him in a small pool in their backyard in September.

I am not trying to pass the blame, but I do feel that Dylan's actions were out of character for him, and I don't believe his intentions were to harm others.  Unfortunately, I feel an addiction was developed as a result of our culture where loose morals have resulted through a displaced interpretation of freedom of speech and manifested in the form of pornography which is always in our faces on tv, in the movies, magazines, clothing and especially on the internet where looking up a word or condition can result in content appearing on the screen that can be shocking or disturbing at first but over time a person may become desensitized and not recognize the harm being caused by their choices.

I don't think that Dylan would ever repeat this offense again because he has owned it from the beginning, because he is remorseful for the hurt he has caused the victims, his parents and family, he knows that his grandparents (myself included) are elderly and he may never see them again or be able to attend their funerals, he knows the rejection he may face from those he was once close to, he recognizes the lifetime affect his actions have put on himself and mostly because he now has a solid foundation in Jesus and his faith and he chooses to honor and glorify God through his words and actions.

As for Dylan's future, my husband and I have loaned our excavator to our son for doing work on his property and he is teaching Dylan how to use the equipment. If this is the type of work that would interest him, I would give Dylan the excavator to start a business with. I will always be a listening ear for him. I love my grandson beyond words and will support him in any way I can as he transitions into a new normal.

Thank you Judge Estudillo for your time and consideration in reading this letter.

Respectfully,

*Colleen M. Obrist*

Colleen M. Obrist