# Exhibit F

Lisa A Roads



October 7, 2025

The Honorable Judge David Estudillo
US District Court Western District of Washington
171 Pacific Ave, Tacoma, WA 98402

Re: Character Reference Letter for Dylan John Michael Rex, Case #CR23-05229-DGE

Dear Judge Estudillo,

Thank you for the opportunity to write to you and provide insight into Dylan's character as you consider the sentence in this case. My name is Lisa Roads, and I am Dylan's aunt. I have known him for 31 years and was there when he was born. I have always been close to Dylan and watched him grow into a responsible and kind person.

Becoming aware of Dylan's case and the charges against him doesn't change how I feel about him or the person that I know. Dylan has always been kind, the first to lend a hand, has a compassionate heart, always helping others, smart, a good sense of humor, thoughtful, dependable, and a hardworking individual. To give some examples, Dylan has always been there for me when I've needed him and offers to help with anything I need. He has always been someone I could rely on to stay at my house and care for my pets when I am out of town and always leaves my home cleaner than when I left.  He was there for me when my home was destroyed by an accident, helping to support me, salvage my belongings and move belongings back in after construction. Dylan has always had a heart to be there to help others, and I have witnessed countless times his commitment to his family. He always takes initiative to help his mom and dad with everything. His great aunt is 99 years old, and she thinks the world of him. He was there to help her with building wheelchair ramps or furniture she needed. Growing up, Dylan and his family shared a home with my mother who was paralyzed from strokes, and he was always there for her. Throughout his life, Dylan has always been well behaved, not a troublemaker, did good in school, played sports, was kind to others and worked hard. When Dylan decided to go back to school to get his associate's degree, I was very proud of him. During Covid, it was challenging but he worked hard and finished with honors while also working.

Although Dylan has made a mistake, he has learned a valuable lesson from it.  I've had the opportunity to talk with him about his actions, and he has expressed his deep regret and sincere remorse for those he has hurt by his actions. Dylan also spoke about how this has taught him the importance of counseling or talking to someone and being vulnerable to seeking help when needed. I know Dylan is truly sorry, and he has learned a lot from his

mistake. For over two years, Dylan has faithfully attended church with his parents, gave his life to Christ, been in counseling and in a sexual integrity group. Dylan has also been involved in an intense Bible study for over two years, and I love when he shares his understanding of God's word. Dylan intends on continuing his study while serving his time and hopes to one day work with and be there for others who are struggling with hurts, habits and hang ups.

I truly believe and know that Dylan is a very good person who made a serious mistake and is not defined by his actions. He is capable of positive change and being a productive and responsible citizen. I respectfully ask that you have mercy and consider a sentence that allows him to pay his debt to society while also having the opportunity to rehabilitate and rebuild his life.

I personally plan to be involved in Dylan's life supporting him while he's incarcerated and when he is back home. I would hire him to do landscaping or other tasks that I need done to help him with work, keep him busy and support his mental health. Dylan will always know he is loved and welcome in my home.

Thank you for your time and consideration of this important matter. I am available to provide further information if needed.

Sincerely,

*Lisa Roads*

Lisa A. Roads